No. 463, Misc.   BAKER *v.* MAYO, CUSTODIAN OF FLORIDA STATE PENITENTIARY.   Motion for leave to file petition for writ of habeas corpus denied.

No. 471, Misc.   MACNAMARA *v.* SOLOMON, U. S. DISTRICT JUDGE.   Motion for leave to file petition for writ of mandamus denied.   *Dean H. Dickinson* for petitioner.

No. 612.   BINDCZYCK *v.* FINUCANE, CHAIRMAN OF THE BOARD OF IMMIGRATION APPEALS, ET AL.   United States Court of Appeals for the District of Columbia Circuit. Certiorari granted.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.   *Joseph A. Fanelli* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for respondents.

No. 273, Misc.   PALMER *v.* ASHE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari granted.   Petitioner *pro se.   William S. Rahauser* for respondent.